IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANGELA ELIZABETH SAWYER, Individually as Surviving Spouse of TERRY LEE SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the Heirs of TERRY LEE SAWYER, and as Representative of the Estate of TERRY LEE SAWYER, Deceased; and CARTER LEE SAWYER, DILLON LEE SAWYER and MEAGAN ELIZABETH SAWYER, Individually as Surviving Adult Children of TERRY LEE SAWYER, Deceased § § § § § § § § § § § § § § § | |
| V. § | CIVIL NO. 5:17-cv-1101 |
| UNITED PARCEL SERVICE, INC. § § | |

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET

**WAS A JURY DEMAND MADE IN STATE COURT?   YES OR NO?**

No

**IF "YES," BY WHICH PARTY AND WHAT DATE?**

**STYLE OF ORIGINAL PETITION:**

    Cause No. 2017-CI-20184; _Angela Elizabeth Sawyer, et al_ v. _United Parcel Service, Inc.;_ In the 438th District Court, Bexar County, Texas

**Please underline all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number, including the area code.**

<u>ANGELA ELIZABETH SAWYER, Individually as Surviving Spouse of TERRY LEE SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the Heirs of TERRY LEE SAWYER, and as Representative of the Estate of TERRY LEE SAWYER, Deceased; and CARTER LEE SAWYER, DILLON LEE SAWYER and MEAGAN ELIZABETH SAWYER, Individually as Surviving Adult Children of TERRY LEE SAWYER, Deceased-</u>
PLAINTIFFS

1)    Jorge A. Herrera
       State Bar. No. 24044242
       Laura E. Gutierrez Tamez
       State Bar No. 00793869

Javier L. Herrera
State Bar No. 24075498
THE HERRERA LAW FIRM, INC.
111 Soledad Street, Suite 1900
San Antonio, Texas 78205
Telephone: (210) 224-1054
Facsimile: (210) 228-0887
jherrera@herreralaw.com
ltamez@herreralaw.com
javier@herreralaw.com
**ATTORNEYS FOR PLAINTIFF**


UNITED PARCEL SERVICE, INC.-
DEFENDANTS

2.)    Mr. Larry D. Warren
State Bar No. 2088450
Naman Howell Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone:(210) 731-6350
Facsimile: (210) 731-2950
lwarren@namanhowell.com
***ATTONEYS FOR DEFENDANTS***

**COUNTERCLAIMS, CROSS-CLAIMS AND/OR THIRD-PARTY CLAIMS**

(Please list separately, each Counterclaim, Cross-Claim, or Third-Party Claim still remaining in the case, and designate the nature of such claim. For each Counterclaim, Cross-Claim or Third-Party Claim, please include all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also list the attorneys of record for each party named, and include the attorney's firm name, filing address, and phone number, including the area code.)

| Party | Attorney |
|---|---|
| None Known. | None |


**DATED: October 30, 2017**

Doc# 6440233.DOC

2

Respectfully submitted,

*[signature]*

LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
ATTORNEY-IN-CHARGE
**ATTORNEY FOR DEFENDANT
UNITED PARCEL SERVICE, INC.**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:   (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **30th day of October 2017**, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via facsimile*:

Jorge A. Herrera
State Bar. No. 24044242
Laura E. Gutierrez Tamez
State Bar No. 00793869
Javier L. Herrera
State Bar No. 24075498
THE HERRERA LAW FIRM, INC.
III Soledad Street, Suite 1900
San Antonio, Texas 78205
Telephone: (210) 224-1054
Facsimile: (210) 228-0887
jherrera@herreralaw.com
ltamez@herreralaw.com
javier@herreralaw.com
**ATTORNEYS FOR PLAINTIFF**

*[signature]*

LARRY D. WARREN

Doc# 6440233.DOC