2017-CI-20184
438TH JUDICIAL DISTRICT COURT
ANGELA E SAWYER ET AL VS UNITED PARCEL
DATE FILED: 10/20/2017

2017CI20184 -0438

| | | |
|---|---|---|
| ANGELA ELIZABETH SAWYER, Individually as Surviving Spouse of TERRY LEE SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the Heirs of TERRY LEE SAWYER, and as Representative of the Estate of TERRY LEE SAWYER, Deceased; and CARTER LEE SAWYER, DILLON LEE SAWYER, and MEAGAN ELIZABETH SAWYER, Individually as Surviving Adult Children of TERRY LEE SAWYER, Deceased,<br><br>Plaintiffs,<br><br>VS.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br><br><br><br><br><br><br><br><br><br><br>_____ JUDICIAL DISTRICT<br><br><br><br>BEXAR COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On this **20'** day of October, 2017, came on to be heard the Application of Plaintiffs for a temporary restraining order upon a verified petition. The Court having considered same is of the opinion that Defendant should be temporarily restrained from directly or indirectly by omission or commission auctioning, releasing, dismantling, selling, altering, downloading the black box or ECM, erasing the black box or ECM, downloading any electronic data, erasing any electronic data, transferring, destroying, repairing, disposing of and/or removing any evidence, including the tractor trailer involved in the death of **TERRY LEE SAWYER**, deceased, including destroying, removing, altering, disposing or shredding documents pertaining to said tractor trailer to include the manufacturer's manual, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or removing any items




EXHIBIT A

from the interior/exterior of said tractor trailer, or surveillance videos/security cameras on the date in question, which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

It appearing to the Court that a temporary restraining order should issue,

IT IS ACCORDINGLY ORDERED, ADJUDGED and DECREED that the Clerk of this Court issue a Temporary Restraining Order which shall be operative and in effect until the hearing, set out below, and restrain Defendant, their agents, servants and/or employees, from directly or indirectly by omission or commission auctioning, releasing, dismantling, selling, altering, downloading the black box or ECM, erasing the black box or ECM, downloading any electronic data, erasing any electronic data, transferring, destroying, repairing, disposing of and/or removing any evidence, including the tractor trailer, involved in the death of **TERRY LEE SAWYER**, deceased, including destroying, removing, altering, disposing or shredding documents pertaining to said tractor trailer to include the manufacturer's manual, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or removing any items from the interior of said tractor trailer, or surveillance videos/security cameras on the date in question, which were involved in the incident which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

It appears to the court that the evidence is vital to any investigation and/or reconstruction of the incident which occurred on or about October 17, 2017, which led to the death of Plaintiff, **TERRY LEE SAWYER**. Because of Plaintiffs' inaccessibility to the evidence in this case, the auction, release, dismantling, sale, downloading, alteration, destruction, transfer, disposal, repair, and/or removal of same would lead to irreparable harm to the Plaintiffs. Plaintiffs cannot be compensated in money damages for the relief that Plaintiffs seek. Furthermore, Plaintiffs have no

adequate remedy at law for prevention or redress which would result from the dismantling, release, sale, alteration, destruction, transfer, repair, disposal, and/or removal of the evidence, including the tractor trailer involved in the death of **TERRY LEE SAWYER**, in the incident which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

Moreover, it appears a bona fide issue exists as to Plaintiffs' rights to ultimate relief.

It further appears to the Court that Plaintiffs will suffer immediate and irreparable harm if this temporary restraining order is not issued.

It is further ORDERED that a hearing be held on the __31__ day of __October__, 2017, at __9:00__ o'clock __a__.M., in the courtroom of the Presiding Judge of the District Courts of Bexar County, Texas, Room 109, Bexar County Courthouse, San Antonio, Texas and that Defendant at such time shall show cause why a temporary injunction shall not issue, enjoining and restraining Defendant, their agents, servants and/or employees, auctioning, releasing, dismantling, selling, altering, downloading the black box or ECM, erasing the black box or ECM, downloading any electronic data, erasing any electronic data, transferring, destroying, repairing, disposing of and/or removing any evidence, including the tractor trailer involved in the death of **TERRY LEE SAWYER**, deceased, including destroying, removing, altering, disposing or shredding documents pertaining to said tractor trailer to include the manufacturer's manual, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or removing any items from the interior of said tractor trailer, or surveillance videos/security cameras on the date in question, which were involved in the incident which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

It is further ORDERED that Plaintiffs shall, prior to the issuance of such Restraining Order, file with the Clerk a cash Bond executed by it in the sum of __Five hundred dollars and 00/100__

3

($ 500.00 ) payable to the above named Defendant approved by the Court and conditioned as the law requires.

It is further ORDERED, ADJUDGED and DECREED that a temporary restraining order be issued without notice to Defendant ordering said Defendant to permit Plaintiffs' attorneys and investigators to inspect, photograph, videotape, including any surveillance video and conduct test(s) as necessary to the tractor trailer in question.

The ex parte Order was granted because of the immediate nature and need to preserve evidence.

Signed this 20 day of October, 2017. at 2:04 pm

_____
JUDGE PRESIDING

4

2017-CI-20184
438TH JUDICIAL DISTRICT COURT
ANGELA E SAWYER ET AL  VS UNITED PARCEL
DATE FILED: 10/20/2017

| | | |
|---|---|---|
| ANGELA ELIZABETH SAWYER, Individually as Surviving Spouse of TERRY LEE SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the Heirs of TERRY LEE SAWYER, and as Representative of the Estate of TERRY LEE SAWYER, Deceased; and CARTER LEE SAWYER, DILLON LEE SAWYER, and MEAGAN ELIZABETH SAWYER, Individually as Surviving Adult Children of TERRY LEE SAWYER, Deceased, | § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | | |
| VS. | | _____ JUDICIAL DISTRICT |
| UNITED PARCEL SERVICE, INC., | | |
| Defendant. | | BEXAR COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER

On this __20__ day of October, 2017, came on to be heard the Application of Plaintiffs for a temporary restraining order upon a verified petition. The Court having considered same is of the opinion that Defendant should be temporarily restrained from directly or indirectly by omission or commission auctioning, releasing, dismantling, selling, altering, downloading the black box or ECM, erasing the black box or ECM, downloading any electronic data, erasing any electronic data, transferring, destroying, repairing, disposing of and/or removing any evidence, including the tractor trailer involved in the death of **TERRY LEE SAWYER**, deceased, including destroying, removing, altering, disposing or shredding documents pertaining to said tractor trailer to include the manufacturer's manual, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or removing any items



1

from the interior/exterior of said tractor trailer, or surveillance videos/security cameras on the date in question, which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

It appearing to the Court that a temporary restraining order should issue,

IT IS ACCORDINGLY ORDERED, ADJUDGED and DECREED that the Clerk of this Court issue a Temporary Restraining Order which shall be operative and in effect until the hearing, set out below, and restrain Defendant, their agents, servants and/or employees, from directly or indirectly by omission or commission auctioning, releasing, dismantling, selling, altering, downloading the black box or ECM, erasing the black box or ECM, downloading any electronic data, erasing any electronic data, transferring, destroying, repairing, disposing of and/or removing any evidence, including the tractor trailer, involved in the death of **TERRY LEE SAWYER**, deceased, including destroying, removing, altering, disposing or shredding documents pertaining to said tractor trailer to include the manufacturer's manual, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or removing any items from the interior of said tractor trailer, or surveillance videos/security cameras on the date in question, which were involved in the incident which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

It appears to the court that the evidence is vital to any investigation and/or reconstruction of the incident which occurred on or about October 17, 2017, which led to the death of Plaintiff, **TERRY LEE SAWYER**. Because of Plaintiffs' inaccessibility to the evidence in this case, the auction, release, dismantling, sale, downloading, alteration, destruction, transfer, disposal, repair, and/or removal of same would lead to irreparable harm to the Plaintiffs. Plaintiffs cannot be compensated in money damages for the relief that Plaintiffs seek. Furthermore, Plaintiffs have no

2

DOCUMENT SCANNED AS FILED

adequate remedy at law for prevention or redress which would result from the dismantling, release, sale, alteration, destruction, transfer, repair, disposal, and/or removal of the evidence, including the tractor trailer involved in the death of **TERRY LEE SAWYER**, in the incident which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

Moreover, it appears a bona fide issue exists as to Plaintiffs' rights to ultimate relief.

It further appears to the Court that Plaintiffs will suffer immediate and irreparable harm if this temporary restraining order is not issued.

It is further ORDERED that a hearing be held on the __31__ day of __October__, 2017, at __9:00__ o'clock __a__.M., in the courtroom of the Presiding Judge of the District Courts _RP_ of Bexar County, Texas, Room 109, Bexar County Courthouse, San Antonio, Texas and that Defendant at such time shall show cause why a temporary injunction shall not issue, enjoining and restraining Defendant, their agents, servants and/or employees, auctioning, releasing, dismantling, selling, altering, downloading the black box or ECM, erasing the black box or ECM, downloading any electronic data, erasing any electronic data, transferring, destroying, repairing, disposing of and/or removing any evidence, including the tractor trailer involved in the death of **TERRY LEE SAWYER**, deceased, including destroying, removing, altering, disposing or shredding documents pertaining to said tractor trailer to include the manufacturer's manual, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or removing any items from the interior of said tractor trailer, or surveillance videos/security cameras on the date in question, which were involved in the incident which on or about October 17, 2017, at 6400 Seven States in San Antonio, Bexar County, Texas 78244.

It is further ORDERED that Plaintiffs shall, prior to the issuance of such Restraining Order, _RP_ file with the Clerk a cash Bond executed by it in the sum of __Five hundred dollars and 00/100__

3

DOCUMENT SCANNED AS FILED

($ 500.00 ) payable to the above named Defendant approved by the Court and conditioned as the law requires.

It is further ORDERED, ADJUDGED and DECREED that a temporary restraining order be issued without notice to Defendant ordering said Defendant to permit Plaintiffs' attorneys and investigators to inspect, photograph, videotape, including any surveillance video and conduct test(s) as necessary to the tractor trailer in question.

The ex parte Order was granted because of the immediate nature and need to preserve evidence.

Signed this 20 day of October, 2017. at 2:04 pm

_____
JUDGE PRESIDING

4

DOCUMENT SCANNED AS FILED

2017-CI-20184
438TH JUDICIAL DISTRICT COURT
ANGELA E SAWYER ET AL VS UNITED PARCEL
DATE FILED: 10/20/2017

| | | |
|---|---|---|
| ANGELA ELIZABETH SAWYER, Individually as Surviving Spouse of TERRY LEE SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the Heirs of TERRY LEE SAWYER, and as Representative of the Estate of TERRY LEE SAWYER, Deceased; and CARTER LEE SAWYER, DILLON LEE SAWYER, and MEAGAN ELIZABETH SAWYER, Individually as Surviving Adult Children of TERRY LEE SAWYER, Deceased, Plaintiffs, VS. UNITED PARCEL SERVICE, INC., Defendant. | § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br>_____ JUDICIAL DISTRICT<br><br>BEXAR COUNTY, TEXAS |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND TEMPORARY INJUNCTION

Now come **ANGELA ELIZABETH SAWYER,** Individually as Surviving Spouse of TERRY LEE SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the Heirs of TERRY LEE SAWYER, and as Representative of the Estate of TERRY LEE SAWYER, Deceased; and **CARTER LEE SAWYER, DILLON LEE SAWYER,** and **MEAGAN ELIZABETH SAWYER,** Individually as Surviving Adult Children of TERRY LEE SAWYER, Deceased, Plaintiffs in the above styled and numbered cause, and file this their Application for Temporary Restraining Order without Notice and Temporary Injunction complaining of **UNITED PARCEL SERVICE, INC.,** Defendant, and in support thereof would show the Court as follows:

1

DOCUMENT SCANNED AS FILED

## I. DISCOVERY CONTROL PLAN

1.1 Plaintiffs plead that discovery should be conducted in accordance with a discovery control plan under Rule 190.3 of the Texas Rules of Civil Procedure. Plaintiffs further plead that due to the complex nature of this case, they reserve their right to petition the Court to have this case governed by a discovery control plan pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

## II. PARTIES

2.1 Plaintiffs, **ANGELA ELIZABETH SAWYER, Individually as Surviving Spouse of TERRY LEE SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the Heirs of TERRY LEE SAWYER, and as Representative of the Estate of TERRY LEE SAWYER, Deceased; and CARTER LEE SAWYER, DILLON LEE SAWYER, and MEAGAN ELIZABETH SAWYER, Individually as Surviving Adult Children of TERRY LEE SAWYER, Deceased**, are residents of Williamson County, Texas.

2.2 Defendant, **UNITED PARCEL SERVICE, INC.** (hereinafter referred to as "**UPS**"), is a foreign corporation organized and existing under the laws of the State of Delaware authorized to and doing business in Bexar County, Texas. Service is requested pursuant to TEX. R. CIV. P. 103 and 106(a)(2) permitting the clerk of the court to serve Defendant by private process service or by mailing to Defendant by registered or certified mail, return receipt requested, a true and correct copy of the citation with service of process. Service may be had on the Defendant's registered agent for service:

> Corporation Service Company d/b/a CSC-Lawyers Inco
> 211 E. 7th Street, Suite 620
> Austin, TX 78701

## III. VENUE

3.1 Venue of this lawsuit is proper in Bexar County pursuant to the TEX. CIV.PRAC. & REM.

2

DOCUMENT SCANNED AS FILED

CODE ANN. §15.002 (General Rule), as all or a substantial part of the events or omissions giving rise to this cause of action that occurred in Bexar County, Texas.

## IV. FACTS

4.1 On or about October 17, 2017, **TERRY LEE SAWYER**, Decedent, was an employee of Defendant, **UPS**, when suddenly and without warning, the tractor trailer he was working on, rolled back and pinned Plaintiff, **TERRY LEE SAWYER**. The incident in question occurred at 6400 Seven States in San Antonio, Bexar County, Texas 78244. As a result, **TERRY LEE SAWYER**, died at the scene.

## V.

5.1 This is an application to enjoin and restrain Defendant from directly or indirectly by omission or commission auctioning, releasing, dismantling, selling, altering, downloading the black box or ECM, erasing the black box or ECM, downloading any electronic data, erasing any electronic data, transferring, destroying, repairing, disposing of and/or removing any evidence, including the tractor trailer involved in the death of **TERRY LEE SAWYER**, deceased. Further, that Defendant be enjoined and restrained from destroying, removing, altering, disposing or shredding documents pertaining to said tractor trailer to include the manufacturer's manual, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or removing any items from the interior/exterior of said tractor trailer, or surveillance videos/security cameras on the date in question, which were involved in the incident above described.

5.2 The request includes any evidence which may have been obtained and/or removed on or about October 17, 2017 to the present.

their agents, servants and/or employees from directly or indirectly by omission or committing any act to release, convey, sell, dismantle, alter, transfer, destroy, repair, download, dispose of and/or remove any evidence to include the tractor trailer in question and any documents pertaining to said tractor trailer described herein to include the manufacturer's manual, guide, warranty, repair records, maintenance records, recalls and/or purchase orders or receipts of purchase for any component parts of the tractor trailer, or remove any items from the interior of said tractor trailer, and surveillance videos/security cameras on the date in question which were involved in the incident in question.

Respectfully submitted,

THE HERRERA LAW FIRM, INC.
111 Soledad Street, Suite 1900
San Antonio, Texas 78205
Telephone: (210) 224-1054
Facsimile: (210) 228-0887

BY: _____
JORGE A. HERRERA
State Bar No. 24044242
Email: jherrera@herreralaw.com
LAURA E. GUTIERREZ TAMEZ
State Bar No. 00793869
Email: ltamez@herreralaw.com
JAVIER L. HERRERA
State Bar No. 24075498
Email: javier@herreralaw.com
**ATTORNEYS FOR PLAINTIFFS**

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF BEXAR §

BEFORE ME, the undersigned Notary Public, personally appeared JORGE A. HERRERA, who, being by me first duly sworn, upon his oath, deposes and says:

"My name JORGE A. HERRERA and I am the authorized representative of the Plaintiffs named in the Application for Temporary Restraining Order and Temporary Injunction. I am more than twenty-one (21) years of age, and I am competent to make this Verification.

I have read the foregoing Application for Temporary Restraining Order and Temporary Injunction and the statements contained therein are true and correct to the best of my knowledge."

SIGNED this 20th day of October, 2017.

_____
JORGE A. HERRERA

SWORN AND SUBSCRIBED to before me by the said JORGE A. HERRERA on this the 20th day of October, 2017.

SYLVIA MONTOYA GALVAN
Notary Public, State of Texas
My Commission Expires
March 10, 2018

_____
Notary Public in and for
The State of Texas

My Commission Expires: 3/10/18

6

Cause: 2017CI20184 -P00002

District Court: _____



# 2017-CI-20184
## 438TH JUDICIAL DISTRICT COURT
ANGELA E SAWYER ET AL VS UNITED PARCEL
DATE FILED: 10/20/2017

**Style:** _____ **Vs.** _____

**Request the following process:** (Please check all that Apply)
☑ Citation ☐ Notice ☑ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1. Name:** United Parcel Service, Inc.
**Registered Agent/By Serving:** _____
**Address:** _____
**Service Type:** (Check One) ☑ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
*(Pct. 3 serves process countywide)*

**2. Name:** _____
**Registered Agent/By Serving:** _____
**Address:** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __

**3. Name:** _____
**Registered Agent/By Serving:** _____
**Address:** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __

**4. Name:** _____
**Registered Agent/By Serving:** _____
**Address:** _____
**Service Type:** (Check One) ☑ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __

**Title of Document/Pleading to be Attached to Process:** Temporary Restraining Order Application for TRO

**Name of Attorney/Pro se:** Jorge A Herrera **Bar Number:** 24044242
**Address:** 111 Soledad St. Suite 1900 **Phone Number:** 210-224-1054
San Antonio, TX 78205

**Attorney for Plaintiff** ✗ **Defendant** _____ **Other** _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

DOCUMENT SCANNED AS FILED

2017-CI-20184

CAUSE NUMBER *(FOR CLERK USE O!*  438TH JUDICIAL DISTRICT COURT



2017CI20184 -P00003

STYLED Angela Elizabeth Sawyer, ANGELA E SAWYER ET AL  VS UNITED PARCEL
*(e.g., John Smith v*  kson)

DATE FILED: 10/20/2017

A civil case information sheet must be completed ... civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: Jorge A. Herrera | Email: jherrera@herreralaw.com | Plaintiff(s)/Petitioner(s): Angela Elizabeth Sawyer, Terry Lee Sawyer, Carter Lee Sawyer, Dillon Lee Sawyer, Meagan Elizabeth Sawyer | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address: 111 Soledad St., Ste. 1900 | Telephone: (210) 224-1054 | | Additional Parties in Child Support Case: |
| City/State/Zip: San Antonio, TX 78205 | Fax: (210) 228-0887 | Defendant(s)/Respondent(s): United Parcel Service, Inc. | Custodial Parent: _____<br>Non-Custodial Parent: _____ |
| Signature: /s/ - Jorge A. Herrera | State Bar No: 24044242 | | Presumed Father: _____ |
| | | [Attach additional page as necessary to list all parties] | |

2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | | Family Law | |
|---|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☒ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☒ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | | |
| **Tax** | | ***Probate & Mental Health*** | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ | | |

3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
|---|---|---|
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

4. Indicate damages sought *(do not select if it is a family law case)*:
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

BY _____ DEPUTY   17 OCT 20 PM 1:53   DISTRICT CLERK BEXAR COUNTY

Richard [signature]

**DOCUMENT SCANNED AS FILED**



Certificate of District Clerk That Plaintiff(s)
Made Cash Deposit In Lieu Of
Temporary Restraining Order Bond

The State of Texas
County of Bexar

438th Judicial District Court

I, Donna Kay McKinney, Clerk of the District Courts in and for Bexar County, Texas, do hereby certify that ANGELA ELIZABETH SAWYER, INDIVIDUALLY AS SURVIVING SPOUSE OF TERRY LEE SAWYER AS HEIR OF TERRY LEE SAWYER, AS REPRESENTATIVE OF THE HEIRS OF TERRY LEE SAWYER, AND AS REPRESENTATIVE OF THE ESTATE OF TERRY LEE SAWYER, DECEASED; AND CARTER LEE SAWYER, DILLON LEE SAWYER, AND MEAGAN ELIZABETH SAWYER, INDIVIDUALLY AS SUVIVING ADULT CHILDREN OF TERRY LEE SAWYER in Cause No. 2017CI20184, Styled ANGELA ELIZABETH SAWYER ET AL vs. UNITED PARCEL SERVICE, INC., have this day deposited the sum of FIVE HUNDRED DOLLARS ($500.00) cash, which is the amount ordered by the Court in lieu of Temporary Restraining Order Bond.

WITNESS, Donna Kay McKinney, Clerk of the District Courts of Bexar County, Texas. Given under my hand and seal of said Courts of Bexar County, Texas, on October 20, 2017.

Donna Kay McKinney
District Clerk, Bexar County, Texas

BY: _____
Fernanda Garcia, Deputy

17 OCT 20 PH 3: 44
FILED
DONNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

2017CI20184  S00002

Case Number: 2017-CI-20184

ANGELA E SAWYER ET AL
VS.
UNITED PARCEL SERVICE INC

IN THE DISTRICT COURT
438th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

# TEMPORARY RESTRAINING ORDER
With Bond

"THE STATE OF TEXAS"
To: UNITED PARCEL SERVICE INC

CR1

Michelle Lopez
10-20-17

Whereas, in a certain cause pending on the docket of the 438th Judicial District Court of Bexar County, Texas, being cause number 2017-CI-20184, wherein ANGELA E SAWYER ET AL is Plaintiff and UNITED PARCEL SERVICE INC is Defendant. In said suit the Plaintiff has filed an Original Petition, asking among other things, for the granting and issuance of a Temporary Restraining Order, to restrain the Defendant, UNITED PARCEL SERVICE INC as fully set out and prayed for, a copy of which is attached hereto and to which reference is hereby made for the injunctive relief sought by the Plaintiff. Upon presentation and consideration of said petition, the Honorable RICHARD E. PRICE has entered the following, to-wit: copy of order attached to writ served, and whereas, bond (if required) has been filed and approved;

These are therefore, to RESTRAIN, and you the said Defendant, UNITED PARCEL SERVICE INC , are hereby RESTRAINED as fully set out in the Temporary Restraining Order, a copy of which is attached hereto, made a part hereof, and to which reference is hereby made for a full and complete statement of the injunctive relief ordered by the Court.

And you are further notified that the hearing on the Application for Temporary Injunction is set at the Bexar County Courthouse in the City of San Antonio, Texas on the 31st day of October, 2017, A.D., at 9:00 o'clock A.M. in room 1.09, Presiding District Court at which time you are required to appear and show cause, if any, why said Injunction should not be granted as prayed for.

HEREIN FAIL NOT TO OBEY THIS WRIT, UNDER THE PAINS AND PENALTIES PRESCRIBED BY LAW! ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE, AT SAN ANTONIO, TEXAS the 20th Day of October A.D., 2017.

JORGE A HERRERA
ATTORNEY FOR PLAINTIFF
111 SOLEDAD ST 1900
SAN ANTONIO, TX 78205



**Donna Kay McKinney**
**Bexar County District Clerk**

By: *Lilyana Esquivel*, Deputy

**RETURN**

CAME TO HAND ON THE _____ DAY OF _____ , A.D. _____ AT _____ O'CLOCK _____ .M. AND EXECUTED (NOT EXECUTED) ON THE _____ DAY OF _____ , A.D., _____ BY DELIVERING TO _____ IN PERSON, A TRUE COPY OF THIS TEMPORARY RESTRAINING ORDER UPON WHICH I ENDORSED THE DATE OF DELIVERY. CAUSE OF FAILURE TO EXECUTE THIS TEMPORARY RESTRAINING ORDER IS _____

TOTAL FEES: _____

_____ COUNTY, TEXAS
BY _____

File Copy (Dk022)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2017-CI-20184

2017CI20184  S00001

ANGELA E SAWYER ET AL
VS.
UNITED PARCEL SERVICE INC
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
438th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: UNITED PARCEL SERVICE INC

Michelle Lopet
10-20-17


CRT

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND TEMPORARY INJUNCTION, a default judgment may be taken against you." Said APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND TEMPORARY INJUNCTION was filed on the 20th day of October, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 20TH DAY OF OCTOBER A.D., 2017.

JORGE A HERRERA
ATTORNEY FOR PLAINTIFF
111 SOLEDAD ST 1900
SAN ANTONIO, TX 78205



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Lilyana Esquivel*, Deputy

---

ANGELA E SAWYER ET AL
VS
UNITED PARCEL SERVICE INC

**Officer's Return**

Case Number: 2017-CI-20184
Court: 438th Judicial District Court

I received this CITATION on the _____ day of _____, 20____ at _____ o'clock ___M and ( ) executed it by delivering a copy of the CITATION with attached APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND TEMPORARY INJUNCTION on the date of delivery endorsed on it to _____, in person on the _____ day of _____, 20____ at _____ o'clock ___M.
at:_____ or ( ) not executed because _____

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas
By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED