Case 5:17-cv-01101-OLG   Document 1-4   Filed 10/30/17   Page 1 of 2



GERARD C. RICKHOFF　　DONNA KAY McKINNEY
COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2017CI20184

**Name**: ANGELA ELIZABETH SAWYER

**Date Filed** : 10/20/2017

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 438

**Docket Type** : MOTOR VEHICLE ACCIDENT

**Business Name** :

**Style** : ANGELA E SAWYER ET AL

**Style (2)** : vs UNITED PARCEL SERVICE INC

# Case History

*Currently viewing 1 through 9 of 9 records*

| Sequence | Date Filed | Description |
|---|---|---|
| S00002 | 10/20/2017 | TEMPORARY RESTRAINING ORDER<br>UNITED PARCEL SERVICE INC<br>ISSUED: 10/20/2017 |
| S00001 | 10/20/2017 | CITATION<br>UNITED PARCEL SERVICE INC<br>ISSUED: 10/20/2017 |
| O00001 | 10/20/2017 | TEMP RESTRAINING ORDER<br>JUDGE: RICHARD E. PRICE<br>VOL: 4821 PAGE: 2232 PAGE COUNT: 4 |
| T00004 | 10/20/2017 | NON-JURY<br>SETTING ON TEMPORARY RESTRAINING ORDER<br>COURT: 109 TRIAL DATE & TIME: 10/31/2017 9:00AM |
| P00005 | 10/20/2017 | SERVICE ASSIGNED TO CLERK 2 |
| P00003 | 10/20/2017 | CIVIL CASE INFORMATION SHEET |
| P00002 | 10/20/2017 | REQUEST FOR SERVICE AND PROCESS |
| P00001 | 10/20/2017 | APPLICATION FOR<br>TEMPORARY RESTRAINING ORDER |
| B00001 | 10/20/2017 | ANGELA E SAWYER ET AL<br>AGENT:<br>AMOUNT: 50000<br>SURETY: CASH DEPOSIT IN LIEU<br>REASON: TRO BOND<br>FORM: CASH |