UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

DEC 2 0 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

ANGELA ELIZABETH SAWYER, §
Individually as Surviving Spouse of §
TERRY LEE SAWYER, as Heir of §
TERRY LEE SAWYER, as §
Representative of the Heirs of TERRY §
LEE SAWYER, and as Representative of § NO: SA: 17-CV-01101-OLG
the Estate of TERRY LEE SAWYER, §
Deceased;  and CARTER LEE SAWYER, §
DILLON LEE SAWYER, and MEAGAN §
ELIZABETH SAWYER, Individually as §
Surviving Adult children of TERRY §
LEE SAWYER, Deceased §
§
vs. §
§
UNITED PARCEL SERVICE, INC. §

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon request of Plaintiffs ANGELA ELIZABETH SAWYER, Individually as Surviving

Spouse of TERRY LEE  SAWYER, as Heir of TERRY LEE SAWYER, as Representative of the

Heirs of TERRY LEE SAWYER and as Representative of the Estate of TERRY LEE SAWYER,

Deceased and CARTER LEE SAWYER, DILLON LEE SAWYER, and MEAGAN

ELIZABETH SAWYER, Individually as Surviving Adult Children of TERRY LEE SAWYER,

Deceased, for a dismissal of their claims against Defendant UNITED PARCEL SERVICE, INC.,

this Court GRANTS the Voluntary Motion for Dismissal and orders that all such claims be

DISMISSED WITHOUT PREJUDICE.

Further, Defendant be DISMISSED from this litigation as Defendant without prejudice

with respect to the claims asserted by Plaintiffs.

4

It is so ORDERED.

12.20.17

ORLANDO L. GARICA
UNITED STATES DISTRICT JUDGE